**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALLY GONZALEZ, | ) | Case No.: CV 14-2425 DSF (PLAx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MARIGOLD FINANCIAL, LLC, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court having ordered that default judgment be entered,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff and against Defendant in the total amount of $4,360.00, which is comprised of $1,000.00 in statutory damages, $2,808.00 in attorneys' fees, and $552.00 in costs.

Dated: _____  11/25/14

_____
Dale S. Fischer
United States District Judge